UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

JAMES BENN,

        Petitioner,

  -against-

CHARLES GREINER,

        Respondent.

ORDER
98 CV 5621
(JBW)

----------------------------------X

WEINSTEIN, *Senior District Judge*:

    The petition for habeas corpus is dismissed based upon the remand from the Court of Appeals for the Second Circuit filed August 19, 2005.

    SO ORDERED.

                                      JACK B. WEINSTEIN
                                      SENIOR UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       August ___, 2005



MANDATE FILED 05 AUG 19 AM 11:59

# United States Court of Appeals
### FOR THE SECOND CIRCUIT

98 CV 5621
EDNY (brooklyn)
Weinstein

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 9th day of March, two thousand and five.

Before:     Hon. Wilfred Feinberg,
              Hon. Ralph K. Winter,
              Hon. Sonia Sotomayor
                      *Circuit Judges*

Docket No. 04-0527-pr

JAMES BENN,

                        *Petitioner-appellee,*

v.

CHARLES GREINER,

                        *Respondent-appellant.*

[handwritten annotation: Per issued order the petition for habeas corpus is dismissed based upon the remand from the Court of Appeals filed August 19, 2005. So ordered]

Appeal from the United States District Court for the Eastern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Eastern District of New York and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is REVERSED in accordance with the opinion of this court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____

ISSUED AS MANDATE:
AUG 8 2005

34